UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


ROGER DAVIS                              )
                                         )
v.                                       )        NO. 2:08-CV-327
                                         )
MICHAEL J. ASTRUE,                       )
Commissioner of Social Security          )

## O R D E R

This Social Security matter is before the Court to consider the Report and
Recommendation of the United States Magistrate Judge dated January 20, 2010. In that Report and
Recommendation, the Magistrate Judge recommends that the plaintiff's motion for summary
judgment, [Doc. 6], be denied, and defendant's motion for summary judgment, [Doc. 10], be
granted. The plaintiff has filed objections to this recommendation, [Doc. 13]. After careful
consideration of the record as a whole, and after careful and *de novo* consideration of the Report and
Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report
and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that the
plaintiff's objections are **OVERRULED**, that this Report and Recommendation is **ADOPTED** and
**APPROVED**, [Doc. 12], and that the action be **DISMISSED**.

E N T E R:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
    CLERK OF COURT

1